UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

SOURCE VAGABOND SYSTEMS, LTD.,

                         Plaintiff,

            -against-

HYDRAPAK, INC.,

                      Defendant.

Case No.:  11 CIV 5379-CM-JLC

ECF CASE

FILED ELECTRONICALLY

---

## NOTICE OF MOTION FOR SUMMARY JUDGMENT

---

James E. Hough
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
JHough@mofo.com

Eric S. Walters (admitted pro hac vice)
Christopher L. Robinson (admitted pro hac vice)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 813-5600
Facsimile: (650) 494-0792
EWalters@mofo.com
ChristopherRobinson@mofo.com

*Attorneys for Defendant Hydrapak, Inc.*

**PLEASE TAKE NOTICE THAT** upon the accompanying Memorandum of Law, the

Rule 56.1 Statement of Undisputed Facts, the Declarations of Eric S. Walters and Matthew J.

Lyon and all exhibits attached thereto, any reply brief(s) and/or oral argument, and all prior

proceedings had herein, Defendant Hydrapak, Inc., by its attorneys, hereby moves the Court,

before the Honorable Colleen McMahon, United States District Judge, United States Courthouse,

500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court,

for an order granting Defendant Hydrapak, Inc. summary judgment of non-infringement of U.S.

Patent No. 7,648,276 against Plaintiff Source Vagabond Systems, Ltd. pursuant to Rule 56 of the

Federal Rules of Civil Procedure, together with such further relief as this Court deems proper.

Dated: November 1, 2011           Respectfully submitted,

                                  MORRISON & FOERSTER LLP


                          By:    /s/ Eric S. Walters
                                 _____

                                 James E. Hough
                                 MORRISON & FOERSTER LLP
                                 1290 Avenue of the Americas
                                 New York, New York 10104
                                 Telephone: (212) 468-8000
                                 Facsimile: (212) 468-7900
                                 JHough@mofo.com

                                 Eric S. Walters (admitted pro hac vice)
                                 Christopher L. Robinson (admitted pro hac vice)
                                 MORRISON & FOERSTER LLP
                                 755 Page Mill Road
                                 Palo Alto, California 94304
                                 Telephone: (650) 813-5600
                                 Facsimile: (650) 494-0792
                                 EWalters@mofo.com
                                 ChristopherRobinson@mofo.com

                                 *Attorneys for Defendant Hydrapak, Inc.*

pa-1494393

2