**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

SOURCE VAGABOND SYSTEMS LTD.,

                Plaintiff,

    v.

HYDRAPAK, INC.,

                Defendant.

Case No. 11-CIV-5379 (CM) (JLC)

**DECLARATION OF GUY YONAY IN SUPPORT OF SOURCE'S CROSS-MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT**

---

I, Guy Yonay, declare and state:

1. I am a partner in Pearl Cohen Zedek Latzer LLP, 1500 Broadway, New York, NY 10036, which is counsel for Plaintiff Source Vagabond Systems, Ltd. ("Source").

2. I make this declaration in support of Source's cross-motion for summary judgment of infringement.

3. Attached at **Exhibit A** is a sample of one version of the Reversible Reservoir II product of Defendant Hydrapak, Inc.

4. Attached at **Exhibit B** is a true and correct copy of a document entitled "Declaration of Yoram Gill," dated September 21, 2008, submitted to the United States Patent and Trademark Office on September 23, 2008 in connection with prosecution of U.S. Patent Application Serial No. 09/989,334, which later issued as U.S. Patent No. 7,648,276.

5. Attached at **Exhibit C** is a true and correct copy of United States Patent No. 5,913,456.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on November 23, 2011, in New York, NY.

/s/ Guy Yonay
Guy Yonay