# EXHIBIT A



*Hydrapak*®

70 fl oz / 2 QT / 2 liters
60 fl oz / 1.75 liters

MAX FILL LINE

#2 SLIDE TO SEAL
#1 FOLD TOWARDS YOU
#3 SLIDE TO SEAL

*(Photograph of a HydraPak® reservoir bag shown sideways, with visible markings:)*

- 70 fl oz / 2 liters
- 60 fl oz / 1.75 liters
- 1 QT FILL
- MAX FILL LINE
- #2 SLIDE TO SEAL
- #1 FOLD TOWARDS YOU
- #2 SLIDE TO SEAL


Case 1:11-cv-05379-CM-JLC   Document 20-1   Filed 11/23/11   Page 6 of 6

