UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SOURCE VAGABOND SYSTEMS LTD.,

           Plaintiff,

    v.

HYDRAPAK, INC.,

           Defendant.    /

Case No. 11-CIV-5379 (CM) (JLC)

**ECF CASE**

**ELECTRONICALLY FILED**

---

## NOTICE OF MOTION FOR PARTIAL RECONSIDERATION

**PLEASE TAKE NOTICE THAT** upon the accompanying Memorandum of Law, the Declarations of Guy Yonay and Yoram Gill, any reply brief(s) and/or oral argument, and all prior proceedings had herein, Plaintiff Source Vagabond Systems, Ltd., by its attorneys, hereby moves the Court, before the Honorable Colleen McMahon, United States District Judge, United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for partial reconsideration of the Court's April 11, 2012 DECISION AND ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, OF NON-INFRINGEMENT, DENYING PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT, GRANTING DEFENDANT'S MOTION FOR RULE 11 SANCTIONS, AND DENYING ALL OTHER PENDING MOTIONS AS MOOT (Doc. No. 52), pursuant to Local Civil Rule 6.3.

In particular, Source seeks reconsideration of that portion of the April 11 DECISION AND ORDER that granted defendant Hydrapak, Inc's motion for sanctions under Fed. R. Civ. P. 11.

Dated: April 18, 2012

Respectfully submitted,

PEARL COHEN ZEDEK LATZER LLP

By:     /s/ Guy Yonay
Guy Yonay (GY-3028)
GuyY@pczlaw.com
Clyde A. Shuman (CS-6351)
ClydeS@pczlaw.com
1500 Broadway, 12th Floor
New York, NY 10036
Tel: (646)878-0800
Fax: (646)878-0801

*Attorneys for Plaintiff*
*Source Vagabond Systems Ltd.*

**CERTIFICATE OF SERVICE**

  I, Guy Yonay, hereby certify that I caused a true and correct copy of the attached pleading to be served on counsel of record via the Court's ECF filing system this 18th day of April, 2012.

              /s/ Guy Yonay_____
             Guy Yonay, Esq.