**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| SOURCE VAGABOND SYSTEMS LTD.,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>HYDRAPAK, INC.,<br><br>　　　　　　　　Defendant. | ) <br>) <br>) <br>) Case No. 11-CIV-5379 (CM) (JLC)<br>) <br>) **ECF CASE**<br>) <br>) **DECLARATION OF YORAM GILL**<br>) **IN SUPPORT OF SOURCE'S**<br>) **MOTION FOR RECONSIDERATION**<br>) **OF RULE 11 SANCTIONS**<br>) |

I, Yoram Gill, declare and state:

1. I am chief executive officer of plaintiff, Source Vagabond Systems, Ltd. ("Source").

2. I make this declaration in support of Source's motion for reconsideration of the Court's decision granting sanctions pursuant to Fed. R. Civ. P., Rule 11.

3. Prior to filing the complaint, Source engaged in intensive deliberations and discussions with its counsel regarding Hydrapak's Reversible Reservoir II, and whether it infringes Source's U.S. Patent No. 7,648,276 (the " '276 Patent").

4. I have carefully reviewed the declaration of Source's attorney Guy Yonay, filed in support of the motion for reconsideration, and I confirm that his declaration fairly and accurately reflects our discussions and the analysis that we conducted together prior to the filing of the complaint.

5. Moreover, as an inventor, I submitted a declaration to the United States Patent and Trademark Office ("USPTO") in connection with my invention and the prior

art, and I engaged in telephone interviews with the USPTO examiner who allowed the case.

6. Therefore, I had personal knowledge of the prosecution of the '276 Patent, and this knowledge was consistent with the claim interpretation and doctrine of equivalents discussed in Mr. Yonay's declaration, based on which Source filed the complaint.

7. Source only filed the complaint after concluding that there was a reasonable basis for the complaint, and specifically, that Hydrapak's Reversible Reservoir II infringed the '276 Patent.

8. The motivation for bringing this lawsuit was to stop Hydrapak's infringement of the '276 Patent, and Source had no improper motives in bringing this suit.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on April 17, 2012, in Tirat Hacarmel, Israel.

*/s/ Yoki Gill*

Yoram Gill