**EXHIBIT D-1**

# MORRISON | FOERSTER

| | | |
|---|---|---|
| FILE NO. 72497 | | MORRISON & FOERSTER LLP |
| P.O. BOX 60000 | | NEW YORK, SAN FRANCISCO, LOS ANGELES, PALO ALTO, SAN DIEGO, WASHINGTON, D.C. |
| SAN FRANCISCO | | |
| CALIFORNIA 94160-2497 | | DENVER, NORTHERN VIRGINIA, SACRAMENTO, WALNUT CREEK, |
| TELEPHONE: 415.268.7000 | | TOKYO, LONDON, BEIJING, SHANGHAI, HONG KONG, BRUSSELS |
| FACSIMILE: 415.268.7522 | | |
| WWW.MOFO.COM | | |

Matthew J. Lyon
Hydrapak, Inc.
6605 San Leandro Street
Oakland, CA 94621-3317

**Taxpayer ID #94-0697210**
Invoice Number: 5067607
Invoice Date: September 15, 2011

Client/Matter Number: 066934-0000001

Matter Name:   SOURCE VAGABOND SYSTEMS, LTD.

**RE:**   SOURCE VAGABOND SYSTEMS, LTD.

*For Professional Services Rendered and Disbursements Incurred through August 31, 2011*

| | U.S.Dollars |
|---|---:|
| Current Fees | 17,865.00 |
| Current Disbursements | 145.15 |
| **Total This Invoice** | **18,010.15** |

Payment may be made by Electronic Funds transfer to the firm's account

**ACH (preferred method of payment):** Bank of America – Main Branch   San Francisco, CA 94104
Account # 1499401830 - ABA Routing # 121000358

Wire: Bank of America – Main Branch   San Francisco, CA 94104 Account # 1499401830 - ABA Routing # 026009593

Our billing statements are due and payable within thirty days of receipt.
Billing questions may be directed to our Billing Hotline at (415) 268-2594 or (866) 314-5320

# MORRISON | FOERSTER

066934-0000001  
SOURCE VAGABOND SYSTEMS, LTD.

Invoice Number: 5067607  
Invoice Date: September 15, 2011

## Time Detail

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 23-Aug-2011 | Prepare for and attend client meeting to discuss litigation strategy and noninfringement positions. | Robinson, Christopher L. | 0.50 | 225.00 |
| 23-Aug-2011 | Conferences with C. Robinson, M. Lyon regarding background and strategy; analyze non-infringement issues for letter to Source Vagabond. | Walters, Eric S. | 1.50 | 1,215.00 |
| 24-Aug-2011 | Conference with E. Walters regarding strategy to force early dismissal of plaintiff's complaint. | Robinson, Christopher L. | 1.00 | 450.00 |
| 24-Aug-2011 | Draft letter to G. Yonay (counsel for Source); draft emails to M. Lyon regarding same; conference with C. Robinson regarding patent analysis and strategy; draft follow-up email to G. Yonay. | Walters, Eric S. | 2.00 | 1,620.00 |
| 25-Aug-2011 | Conference with C. Robinson regarding Hydrapak non-infringement analysis, strategy; draft emails to M. Lyon, G. Yonay; draft email to J. Hough regarding background/intelligence on plaintiff's counsel. | Walters, Eric S. | 1.25 | 1,012.50 |
| 26-Aug-2011 | Draft document preservation memorandum for Hydrapak; review Hydrapak's noninfringement positions and prepare strategy for forcing early dismissal of complaint; conference with E. Walters regarding same. | Robinson, Christopher L. | 3.25 | 1,462.50 |
| 26-Aug-2011 | Conference with C. Robinson regarding infringement analysis, letter, strategy; draft emails to M. Lyon regarding communications with ▇▇▇▇▇▇ general counsel, indemnity issues; review patent and file history regarding infringement analysis. | Walters, Eric S. | 1.50 | 1,215.00 |
| 29-Aug-2011 | Draft document preservation memorandum for Hydrapak; review local rules regarding sanctions against frivolous complaints in the Southern District of New York; review and analyze prosecution history of the patent-in-suit. | Robinson, Christopher L. | 2.00 | 900.00 |
| 30-Aug-2011 | Review pending claims, specification, and prosecution history of Hydrapak's '564 patent application; research and draft letter to opposing counsel regarding dismissal of complaint and sanctions. | Robinson, Christopher L. | 6.50 | 2,925.00 |
| 30-Aug-2011 | Telephone call with ▇▇▇▇▇▇▇▇▇▇▇ regarding indemnity issues; draft email to M. Lyon regarding same; edit letter to Source; draft emails to C. Robinson regarding Source letter and legal support for same. | Walters, Eric S. | 1.25 | 1,012.50 |
| 31-Aug-2011 | Research Rule 11 issues and review recent patent cases imposing sanctions; review and revise letter to opposing counsel regarding dismissal of complaint and sanctions; conference with E. Walters and K. Kramer regarding strategy on sanctions letter. | Robinson, Christopher L. | 5.75 | 2,587.50 |

2

**MORRISON | FOERSTER**

066934-0000001 Invoice Number: 5067607
SOURCE VAGABOND SYSTEMS, LTD. Invoice Date: September 15, 2011

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 31-Aug-2011 | Edit letter to Source; conferences with C. Robinson regarding same; legal research regarding same; telephone conference with J. Hough regarding Judge McMahon's likely reaction to Rule 11 motion. | Walters, Eric S. | 4.00 | 3,240.00 |
| | | Total Fees | | 17,865.00 |

Case 1:11-cv-05379-CM-JLC Document 75-4 Filed 05/25/12 Page 4 of 6

**MORRISON | FOERSTER**

**MORRISON | FOERSTER**

066934-0000001                                                                                          Invoice Number: 5067607
SOURCE VAGABOND SYSTEMS, LTD.                        Invoice Date: September 15, 2011

## Timekeeper Summary

| No. | Name | Rate | Hours | Value |
|---|---|---|---|---|
| 06802 | Walters, Eric S. | 810.00 | 11.50 | 9,315.00 |
| 13254 | Robinson, Christopher | 450.00 | 19.00 | 8,550.00 |
| | **TOTAL** | | **30.50** | **17,865.00** |

4

**MORRISON | FOERSTER**

066934-0000001  Invoice Number: 5067607
SOURCE VAGABOND SYSTEMS, LTD.  Invoice Date: September 15, 2011

## Disbursement Detail

| Date | Description | Value |
|---|---|---|
| 31-Aug-2011 | Photocopies | 134.82 |
| 31-Aug-2011 | Air Freight | 10.33 |
| | Total Disbursements | 145.15 |
| | **Total This Invoice** USD | **18,010.15** |

5