UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
SOURCE VAGABOND SYSTEMS LTD.,        :
                                     :   Case No. 11-CIV-5379 (CM) (JLC)
            Plaintiff,               :
                                     :   ECF CASE
     - against -                     :
                                     :   ELECTRONICALLY FILED
HYDRAPAK, INC.,                      :
                                     :
            Defendant.               :
---------------------------------------------------------------- x

## DECLARATION OF SANJAY M. NANGIA

I, Sanjay M. Nangia, declare as follows:

1. I am an associate in Davis Wright Tremaine LLP's San Francisco office. I received a J.D., *cum laude*, from Northwestern University School of Law in 2009. I also received a B.S. in Electrical Engineering from Northwestern University in 2006. I was admitted to the California Bar in 2009. Prior to joining Davis Wright Tremaine LLP, I was employed by Quinn Emanuel Urquhart & Sullivan LLP where I primarily practiced patent litigation for approximately two years.

2. My practice focuses on commercial litigation, with a particular emphasis on intellectual property disputes. I have represented clients in the consumer products, medical device, software, and electronics industries.

3. At Davis Wright Tremaine LLP, my 2012 standard hourly rate is $320. I understand that my standard hourly rate is set based on a variety of factors, including management review of data about market rates for lawyers with comparable experience and seniority.

4. I believe my hourly rate charged in this matter was reasonable and appropriate given my experience and the tasks that I completed.

5. With respect to my time entry in this matter on May 18, 2012, to the best of my recollection, I spent approximately 5.3 hours completing these tasks: "Research and prepare petition for fees and costs."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on the 25th day of May, 2012.

Dated: May 25, 2012

                                                  /s/Sanjay M. Nangia
                                                  Sanjay M. Nangia