USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 0 8 2012

NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SOURCE VAGABOND SYSTEMS LTD.,**
*Plaintiff-Appellant,*

v.

**HYDRAPAK, INC.,**
*Defendant-Appellee.*

---

2012-1407

---

Appeal from the United States District Court for the Southern District of New York in case no. 11-CV-5379, Judge Colleen McMahon.

---

**SOURCE VAGABOND SYSTEMS LTD.,**
*Plaintiff-Appellant,*

v.

**HYDRAPAK, INC.,**
*Defendant-Appellee.*

---

2012-1408

---

SOURCE VAGABOND SYSTEMS LTD. V HYDRAPAK, INC. 2

Appeal from the United States District Court for the Southern District of New York in case no. 11-CV-5379, Judge Colleen McMahon.

## ON MOTION

## ORDER

Source Vagabond Systems Ltd. moves without opposition to withdraw its appeal in case no. 2012-1407. Source Vagabond Systems Ltd. also moves without opposition for a 7-day extension of time, until July 30, 2012, to file its principal brief in case no. 2012-1408.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to withdraw appeal no. 2012-1407 is granted. All other motions related to that case are moot.

(2) The revised official caption in 2012-1408 is reflected above. The motion for extension of time to file the principal brief in case no. 2012-1408 is granted.

FOR THE COURT

JUL 25 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Guy Yonay, Esq.
Eric Stephen Walters, Esq.

s26

Issued As A Mandate (as to 12-1407 only): JUL 25 2012

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

By: L. Bogan  Date: 7/25/12

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 25 2012

JAN HORBALY
CLERK