McMahon.C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
SOURCE VAGABOND SYSTEMS, LTD.,

                Plaintiff,

- against -

HYDRAPAK, INC.,

                Defendant.
------------------------------------------------------------ x

Case No. 11-CIV-5379 (CM)(JLC)

ECF CASE

[~~PROPOSED~~] JUDGMENT

       This action came on for consideration before the Court. The issues have been considered and a decision has been rendered.

       THE COURT DISMISSES the action with prejudice, GRANTS defendant's motion for summary judgment of non-infringement (Dkt. 11), DENIES plaintiff's cross-motion for summary judgment of infringement (Dkt. 22), and DENIES AS MOOT defendant's cross-motion for summary judgment of non-infringement (Dkt. 28). The Court also GRANTS defendant's motion for sanctions (Dkt. 34), DENIES plaintiff's motion for reconsideration of the Court's order granting sanctions (Dkt. 64) and imposes sanctions in the amount of $200,054.00 jointly and severally against Pearl Cohen Zedek Latzer LLP and attorneys Guy Yonay and Clyde Shuman (Dkt. 104). Sanctions must be paid within 15 days of the entry of this Judgment.

       DATED this _17_ day of _April_, 2013.

/s/ Colleen McMahon
The Honorable Colleen McMahon
UNITED STATES DISTRICT JUDGE

DWT 21529892v2 0095884-000001